IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**TERRY ROEHRMAN,**

        **Plaintiff,**

**v.**                                 **Civil No.  10-2225-CM**

**CENTRAL STATES RECOVERY, INC.,**

        **Defendant.**

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff filed a Notice of Voluntary Dismissal (Doc. 4) on June 3, 2010. Accordingly, it is hereby

ORDERED that good cause has been shown by the plaintiff and this case is hereby dismissed with prejudice, each party to bear its own costs.

**IT IS SO ORDERED** this 3rd day of June, 2010 at Kansas City, Kansas.

                                                        s/ Carlos Murguia
                                                        **Carlos Murguia**
                                                        **U.S. District Judge**